UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                           :

ALLSTATE INDEMNITY COMPANY           :
*as subrogee of* EDWARD MENICHESCHI,    :

                                     :                19-CV-10751(JMF)
                     Plaintiff,         :

                                     :                   REVISED
            -v-                         :          SCHEDULING ORDER
                                     :

TRANE and HAYES FLUID CONTROLS,     :

                                     :
                    Defendants.      :

                                     :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       IT IS HEREBY ORDERED that the initial pretrial conference in this matter, previously

scheduled for **December 17, 2019**, is RESCHEDULED for **January 15, 2020**, at **3:00 p.m.** in

Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

The parties are reminded to submit their joint letter and proposed case management plan by no

later than the Thursday before the conference, in accordance with the Court's order dated

November 21, 2019.  *See* ECF No. 3.

       The Clerk of Court is directed to terminate ECF No. 9.


       SO ORDERED.


Dated:  December 6, 2019
       New York, New York                   _____
                                          JESSE M. FURMAN
                                 United States District Judge